**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Richard Charles BUCHANAN,**
**Defendant–Appellant.**

**No. 07–50472.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 13, 2009.*

Filed April 24, 2009.

Christopher Alexander, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Gerson Simon, Esquire, San Marino, CA, Richard Charles Buchanan, San Diego, CA, for Defendant–Appellant.

Before: GRABER, GOULD, and BEA, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Richard Charles Buchanan appeals from his jury-trial conviction and 545–month sentence for distribution of methamphetamine, in violation of 21 U.S.C. § 841(a)(1). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Buchanan's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.